# Affidavit in Support of Criminal Complaint for Hilberto VELASQUEZ-Ramirez

Your Affiant, Deportation Officer Nicholas Austin, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, deposes and says:

## Introduction

1. I am a law enforcement officer of the United States (U.S.) within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code (U.S.C.) § 1326.

2. I am a Deportation Officer (DO) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been so employed since July of 2022 and I am presently assigned to the Louisville, Kentucky (KY) sub-office of Chicago. Prior to that, I was a United States Border Patrol Agent on the southern border for fifteen (15) years. My duties include the enforcement of various violations of immigration and criminal laws. I have attended the United States Border Patrol Academy in Artesia, New Mexico, where training was conducted pertaining to these types of investigations as well as the enforcement of both criminal and immigration laws.

1

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. I have not included every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish probable cause for the issuance of a criminal arrest warrant.

## Results of Investigation

5. On August 14, 2025, the Louisville, KY Fugitive Operations Team (FOT) was in search of Ricksi Lourdes Hernandez-Orellana (A# 243-087-708) at her last known address, 4504 Balaton Dr Louisville, KY. Hernandez-Orellana is a Honduran national with a final order of removal, issued by an immigration judge, and a recent domestic violence arrest. Around 0600, Acting Supervisory Detention and Deportation Officer (ASDDO) Rodriguez observed a Hispanic female matching the description of Hernandez-Orellana exit the residence and enter the front passenger side of a blue Honda CR-V bearing TN tag # 006BMRX. ASDDO Rodriguez conducted a vehicle stop in the parking lot of 5601 Preston Highway, Louisville, KY. Upon contact, the female passenger was identified as Hernandez-

Orellana's old roommate. She stated Hernandez-Orellana moved out of the residence recently and does not know her whereabouts.

6. The driver of the vehicle identified himself as being a Guatemalan national who is present in the United States with no legal status. The driver provided a Guatemalan ID bearing the name and date of birth of Hilberto VELASQUEZ-Ramirez, DOB February 24, 1982. ASDDO Rodriguez conducted a name and date of birth search for VELASQUEZ, which returned a match to a previously deported Guatemalan national with arrests in 4 states, a 25-year sentence for Homicide by Vehicle out of Iowa, and the subject of alien registration number 205488987. VELASQUEZ was arrested without incident and placed in the back of ASDDO Rodriguez's vehicle for further questioning. VELASQUEZ was shown pictures of the previously deported Guatemalan national, A# 205488987. VELASQUEZ confirmed he was that person, and verbally stated he previously went to prison for Homicide and was deported before.

6. VELASQUEZ' biometric information and fingerprints were taken at the time of his arrest when he was booked into ICE custody. A positive biometric match returned to a subject whose true name according to ICE indices is Hilberto VELASQUEZ -Ramirez. ASDDO Rodriguez positively identified VELASQUEZ, as the man that was in custody through records checks as previously removed

Guatemalan citizen and the subject of Alien Registration Number A205 488 987 and FBI/Universal Control Number 108774PC4.

7. VELASQUEZ is a citizen and native of Guatemala with no approved or pending applications or petitions to enter or remain in the U.S. filed by him or on his behalf.

8. VELASQUEZ' immigration file, also known as an "A-File," was requested from USCIS. DHS and DOJ service indices were used to confirm the accuracy of the information contained within this affidavit.

9. VELASQUEZ' biometric data was a positive match for the following immigration history:

    a. On January 26, 2016, ICE/ERO encountered VELASQUEZ at Iowa Medical and Classification Center (IMCC) in Oakdale, IA. At the time, VELASQUEZ was removable under sections 212 (a)(6)(A)(i) and 212 (a)(2)(B) of the INA. An NTA was issued and served via U.S. regular mail. On March 15, 2017, VELASQUEZ was ordered removed by an Immigration Judge.

    b. On June 21, 2018, the Iowa Department of Corrections in Coralville, IA released VELASQUEZ to ICE custody after serving his sentence. VELASQUEZ was processed by ICE ERO and removed to Guatemala on July 4, 2018.

4

  c. On July 1, 2022, ICE/ERO encountered VELASQUEZ at the Williamson County, Tennessee Jail. ERO processed VELASQUEZ with a Reinstatement of the Original Immigration Judge order. VELASQUEZ was then removed by ICE back to Guatemala on August 17, 2022.

10. DHS databases checks confirmed that VELASQUEZ was a positive match for the following criminal arrests/convictions:

  a. On or about February 28, 2014, VELASQUEZ was convicted in the Iowa District Court of Pottawattamie for the offense of Homicide by Vehicle, in violation of Section 707.6A1(1) and 321J.2(1). VELASQUEZ was sentenced to a term not to exceed 25 years in the custody of the Director of Adult Corrections.

## Conclusion

11. Based on the information contained in this affidavit, I believe there is probable cause to support the conclusion that Hilberto VELASQUEZ-Ramirez, is a noncitizen who has been located in the United States in Jefferson County, in the Western District of Kentucky, on August 14, 2025, after having been previously removed from the United States in violation of Title 8 of the U.S.C, § 1326(a) and (b)(1).

*Nicholas Austin*
Nicholas Austin
Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations
Louisville, KY

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this __18th__ day of August 2025.

_____
Hon. REGINA S. EDWARDS
United States Magistrate Judge

6